1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

MICHAEL F. BURKART, CHAPTER 7
TRUSTEE,

No.  2:15-cv-00757-MCE-KJN

12

Plaintiffs,

**To be related to:**
2:14-cv-02671-KJM-KJN
2:14-cv-02672-KJM-KJN

13

v.

2:14-cv-02673-KJM-KJN
2:14-cv-02674-KJM-KJN

14

SONNY STEELE,

2:14-cv-02675-KJM-KJN
2:14-cv-02676-KJM-KJN

15

Defendants.

2:14-cv-02677-KJM-KJN
2:14-cv-02678-KJM-KJN

16

2:14-cv-02679-KJM-KJN
2:14-cv-02680-KJM-KJN

17

2:14-cv-02681-KJM-KJN
2:14-cv-02682-KJM-KJN

18
19

ORDER

20
21
22

        Examination of the above-captioned actions reveals that they are related within the

23

meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same

24

question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

25

substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the assignment of

26

these matters to the same judge is likely to effect a substantial savings of judicial effort and is

27

likely to be convenient for the parties.

/////

28

1

1         The parties should be aware that relating cases under Rule 123 causes the actions

2    to be assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related

3    cases are generally assigned to the judge and magistrate judge to whom the first filed action was

4    assigned.

5         As a result, it is hereby ORDERED that No. 2:15-cv-00757-MCE-KJN is

6    reassigned from Chief Judge Morrison C. England, Jr., to the undersigned.  The caption on

7    documents filed in the reassigned case shall be shown as 2:15-cv-00757-KJM-KJN

8         It is further ORDERED that the Clerk of the Court make appropriate adjustment in

9    the assignment of civil cases to compensate for this reassignment.

10        IT IS SO ORDERED.

11   DATED:  April 15, 2015.

12

13   _____

     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28